IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02669-AP

SACHA D. SANCHEZ,
    Plaintiff,

v.

CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

<u>David I. Blower</u>
DAVID I. BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003

303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

    **A.      Date Complaint Was Filed: October 1, 2013**

    **B.      Date Complaint Was Served on U.S. Attorney's Office: Nov. 6, 2013**

    **C.      Date Answer and Administrative Record Were Filed: January 6, 2014**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

      A.     **Plaintiff's Opening Brief Due:  March 7, 2014**

      B.     **Defendant's Response Brief Due:  April 7, 2014**

      C.     **Plaintiff's Reply Brief (If Any) Due: April 22, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      A.     **Plaintiff's Statement: Plaintiff does not request oral argument.**

      B.     **Defendant's Statement: Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      A.     ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.     ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 27th day of January, 2014.

                                 BY THE COURT:

                                 *s/John L. Kane*
                                 U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

John F. Walsh
United States Attorney

s/ Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com
Attorney for Plaintiff

By: s/ David I. Blower
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver, CO 80294-4003
303-844-1571
303-844-0770 (facsimile)
david.blower@ssa.gov

Attorneys for Defendant