IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2669-AP

SACHA D. SANCHEZ

        Plaintiff

vs

CAROLYN W. COLVIN, Acting Commissioner of Social Security

        Defendant

---

# JUDGMENT

---

Pursuant to and in accordance with the ORDER entered by the Honorable John L. Kane, Judge, on 4/3/2014 it is hereby ORDERED that This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Plaintiff may have her costs upon the filing of a Bill of Costs within ten days of this order.

DATED at Denver, Colorado this 3rd day of April, 2014.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By:__s/T.Lee_____
          T.Lee, Deputy Clerk