IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **13-cv-2669-AP**

**SACHA D. SANCHEZ,**

　　　　　　　　Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

　　　　　　　　Defendant.

---

# ORDER

---

Kane, J.

The Stipulated (Motion for) Fees Under the Equal Access to Justice Act, (doc. #22), filed June 23, 2014, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant shall pay to Plaintiff , through counsel, reasonable attorney fees in the amount of **$3,706.38**.

Dated at Denver, Colorado, this 26th day of June, 2014.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT